MILDRED E. POWLEY, as Trustee, Appellant, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.

Submitted October 10, 1940; decided November 13, 1940.

*Theodore J. Miller* for appellant.

*James D. Ewing* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.   Taking no part: LEHMAN, Ch. J.